UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAMON JASON STAMPS                                CIVIL ACTION

VERSUS                                            NO. 12-1767

JEFFERSON PARISH CORRECTIONAL CENTER              SECTION "N"(1)

ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on July 20, 2012 (Rec. Doc. No. 5), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 24th day of July, 2012.

UNITED STATES DISTRICT JUDGE